FORM AO-256
REV. 1-82

**CRIMINAL DOCKET - U.S. District Court**

| | | |
|---|---|---|
| PO ☐ 417 4 | Assigned 1705 | ☐ WRIT |
| Misd. ☐ | Disp/Sentence 1705 | ☐ JUVENILE |
| Felony ☒ District Off | Judge/Magistr. | ☐ ALIAS |

U.S. VS. (LAST, FIRST, MIDDLE)

**SCOTT, KIMBERLY SUE**

OFFENSE ON INDEX CARD ▶ Government funds

| Case Filed Mo | Day | Yr. | Docket No | Def. |
|---|---|---|---|---|
| 02 | 18 | 86 | 00007 | 03 |

No. of Def's 8 · U.S. MAG CASE NO ▶

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|
| 18§371 | Conspiracy to embezzle Government funds | Ct. 1 | 1 | |
| 18§641 | Embezzlement of Government funds | Ct. 4 | 1 | |
| 18§641 & 2 | Embezzlement of Government funds and aiding & abetting | Cts. 11 & 17 | 2 | X |
| 18§1001 & 2 | False Statements to defraud U.S. & Aiding and abetting | Ct. 18 | 1 | X |
| 18§2071(a) & 2 | Destruction of Records to Defraud U.S. and Aiding and Abetting | Ct. 20 | 1 | |

SUPERSEDING COUNTS ☐ JURY ☒ N.J.

## II. KEY DATE

**INTERVAL ONE**
- KEY DATE ▶ 2/24/86 — EARLIEST OF
  - ☐ arrest
  - ☒ sum'ns
  - ☐ custody
  - ☐ appears—on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- 02-18-86 APPLICABLE
  - ☒ Indictment filed/unsealed
  - ☐ consent to Magr. trial on complaint
  - ☐ Information
  - ☐ Felony-W/waiver

- KEY DATE ▶ 3-18-86 — LATEST OF
  - ☒ 1st appears on pending charge /R40
  - ☐ Receive file R20/21
  - ☐ Supsdg: ☐ Ind ☐ Inf
  - ☐ Order New trial

**END INTERVAL TWO**
- KEY DATE ▶ 4-21-86 APPLICABLE
  - ☐ Dismissal
  - ☒ Pled guilty ☒ After N.G.
  - ☐ Nolo ☐ After nolo
  - ☐ Trial (voir dire) began

| 1st appears with or waives counsel | ARRAIGNMENT 3-18-86 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. |
|---|---|---|---|
| Summons | Issued / Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT ▶ | | | |
| Date of Arrest | OFFENSE (In Complaint) | | |

- INITIAL APPEARANCE DATE ▶
- PRELIMINARY EXAMINATION / REMOVAL HEARING  Date Scheduled ▶ / Date Held ▶
- ☐ WAIVED ☐ NOT WAIVED  Tape Number
- ☐ INTERVENING INDICTMENT

OUTCOME:
- ☐ DISMISSED
- ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
- ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

*Show last names and suffix numbers of other defendants on same indictment/information:

BUCHANAN, Knight, Williams, Rodriguez, Findeisen, Upton, Vandiford

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

**JOHN STUART BRUCE**

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

(p) Ernest Joseph Wright
2 W. Bayshore Blvd.
Jacksonville, N.C. 28540

**BAIL • RELEASE**

PRE INDICTMENT
- Release Date
- ☐ Bail Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

POST-INDICTMENT
- Release Date
- ☐ Bail Denied
- AMOUNT SET $ PR
- Date Set
- ☐ Bail Not Made
- Date Bond Made 3/18/86
- ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

**FINE AND RESTITUTION PAYMENTS**

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

SCANNED

Case 4:86-cr-00007-DU   Document 3   Filed 02/18/86   Page 1 of 4

| DATE DOCUMENT NO | Docket No 86 00007 | Def 03 | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE<br>☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT PAGE ___ OF ___ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|



V. PROCEEDINGS

| | | |
|---|---|---|
| 02-18-86 | 1. | **INDICTMENT FILED**<br>Request for Summons to be issued by the U.S. Attorney |
| 02-19-86 | 2. | **ISSUED SUMMONS**  Original and one copy of summons to U.S. Marshal with copy of indictment for service. 1c U.S. Atty., |
| 2/26/86 | | **MARSHALS RETURN ON SUMMONS** - served personally upon deft. at NI.S office Camp Lejeune, N. C. on 2/24/86 |
| 3-3-86 | | **ISSUED NOTICE TO APPEAR** - set for arraignment on Tuesday, March 18, 1986, at 10A.M... in New Bern, N.C. before U.S. Magistrate. 1c: U.S. Atty and |
| 3/18/86 | | **ARRAIGNED NG/J**<br>   PRETRIAL MOTION 4/17/86<br>   RESPONSE BY GOVT. 4/27/86<br>   70 days up: 5/27/86   PTD 4/21/86 New Bern |
| 3/18/86 | | **WAIVER OF RIGHT TO BE REPRESENTED BY SEPARATE COUNSEL** (rule 44(c) |
| 3-25-86 | | **ISSUED NOTICE**  Deft. set for jury trial on Monday, April 21, 1986 at 10:00 A.M. in New Bern, North Carolina before Judge Dupree cys. dist. |
| 4-21-86 | | **CHANGE OF PLEA** - @ New Bern, Lib Leonard, Court Reporter<br>   MEMORANDUM OF PLEA AGREEMENT<br>   Deft. Competent<br>   Rule 11 conducted<br>   Plea of Guilty to Counts 11 & 18<br>   Motion to Dismiss Counts 1,4, 17& 20<br>   Factual Basis<br>   Plea Accepted, Motion to Dismiss Allowed<br>   Cannot Withdraw Plea<br>   Sentencing set: Deferred<br>   Bond:   Continued<br>WRITTEN MEMORANDUM OF PLEA AGREEMENT, 1c U.S. Atty., 1c Probation 1c Judge Dupree, 1c Counsel of Record, |
| 6-16-86 | | **ISSUED NOTICE**  deft. set for Sentencing on Monday, June 30, 1986 at 11:00 A.M. in Raleigh, N.C. before Judge Dupree, cys. dist. |
| 6-26-86 | | **SENTENCING MEMORANDUM**  1c: Judge Dupree (orig. only in w/numerous attachments   lead off file) w/cs. |
| 7-1-86 | | **JUDGMENT AND COMMITMENT** - Jo Bush Court Reporter<br>   COUNT 11 - THREE YEARS<br>   COUNT 18 -FIVE (5) years consecutive to Count 11 E.S.S. and the deft. placed on probation for a period of five (5) years, under the general conditions as recorded in the clerks office. The court further orders that the deft. pay a special assessment in the amount of $50.00. The court furthers orders that the deft. make restitution in the amount of $10,000.00. The restituion imposed is to be paid under the supervision of the Probation Office. Judge Dupree, CR OB # 4, 313 cys. dist. |





LETTER CODES
For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets)

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1) (A)]

B NARA exam (18 USC 2902) [(1) (B)]
C State/Fed'l proceedings on other charges [(1) (D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20,21 or 40 or Mag Rule 6a [(1)(G)]

G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc proceedings arraignment, parole/probation, revocation, Deportation extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of deft to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]

R Def. awaiting trial of co defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i,ii)]
T2 Case unusual or complex [(8)(B,ii)]

T3 Indictment/arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal of guilty plea [3(6)]
W Grand Jury indictment time extended 30 more days, 3161 (b)

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 7-1-86 | **ORDER** Deft. surrender herself to the Attorney General by reporting to the designated Institution on 12-1-86 at 10:00 A.M Judge Dupree. | |
| 11-25-86 | **ORDER** Upon the request of deft. her reporting date of 12-1-86 9s hereby extended to Feb. 1, 1987 at 10:00 A.M. and it is recommended that deft. be committed to the correctional Institution at Alderson, West Virginia rather that the Lexington, Kentucky facility where she is presently assigned in order that Deft. remain separated from her co-defedant, Rachel Louise Buchanan who is currently imprisoned in Lexington. Judge Dupree, CRO B # 5, p 71 cys. dist. (ent. 11-25-86) ms | a |
| 1-30-87 | **ORDER** It is recommended that deft. be committed to the correctional institution at Alderson, West Virginia, where she is presently assigned, and that she not be reassigned to the Lexington, Kentucky facility in order taht deft. remains separated from her co-defendant, Rachel Louise Buchanan, who is currently housed in Lexington. Judge Dupree, CR OB # 5, p 138 1c U.S. Atty., 1c Probation, 2c Marshal 1c deft., 1c Mr. Wright (ent. 1-30-87) ms | |
| 4-1-87 | **AMENDED JUDGMENT AND COMMITMENT** - COUNT 11 - TWO (2) years pursuant to the provisions of 18 U.S.C., § 4205(b)(2) the defendant shall be released on parole at such time as the U.S. Parole Commission may determine. COUNT 18 - FIVE (5) years, consecutive to count 11. The execution of the sentence of imprisonment only is suspended and the deft. placed on probation for a period of FIVE (5) years, under the general conditions as recorded in the clerks office. The court orders that the deft. make restitution in the amount of $13,000. The restitution imposed is to be paid under the supervision of the Probation Office. The court further orderes that the deft. pay a special assessment in the amount of $50.00 per count for a total of $100.00. Judge Dupree, CR OB # 5, p 183 cys. dist. (ent. 4-2-87) ms | |
| 4-3-87 | **RETURN ON J&C entered 7/1/86** - surrendered 2/16/87 to FCI Alderson, WVa. - Shereen Serreno, DAta Coor. | |

AO 256A
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |